UNITED STATES BANRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION- DETROIT

IN RE: Carolyn Keir  
            Debtor(s)  

CHAPTER 13  
CASE NO: 15-42767  
JUDGE PHILLIP J. SHEFFERLY

/

## STIPULATION FOR ORDER TO MODIFYING PLAN

1. The Order Confirming Plan was entered by this Court on May 28, 2015.

2. In the Order Confirming Plan, the monthly association fee to Sterling Commons Association was effective May 1, 2015.

3. Upon review of the records, the effective date for monthly association fees to Sterling Commons Association should have been effective June 1, 2015.

4. The Debtor, Creditor Sterling Commons Association, and the Chapter 13 Trustee therefore stipulate to the entry of an Order Modifying the Order Confirming Plan to change that effective date for monthly payments to Sterling Commons Association from May 1, 2015 to June 1, 2015.

A proposed order is attached as Exhibit A.

| APPROVED: | APPROVED: | APPROVED: |
|---|---|---|
| /s/ David Wm. Ruskin | /s/ Catherine Deciechi-Slagle | /s/ Aaron D. Geyer |
| DAVID WM. RUSKIN (P26803) | CREDITOR: Sterling Commons Ass'n | Aaron D. Geyer (P-39889) |
| CHAPTER 13 TRUSTEE | Catherine A. Deciechi-Slagle (P73788) | ATTORNEY FOR DEBTOR |
| 26555 Evergreen Road | PO Box 380765 | 32411 Mound Road |
| 1100 Travelers Towers | Clinton Township, Michigan 48038 | Warren, Michigan 48092 |
| Southfield, MI 48076-4251 | (586) 439-0619 | (586) 303-2211 |
| 248-352-7755 | catherined@michigancollectionlawfirm.com | Aaron@Chrisaiello.com |

UNITED STATES BANRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION- DETROIT

IN RE: Carolyn Keir                        CHAPTER 13
                                          CASE NO: 15-42767
     Debtor(s)                        JUDGE PHILLIP J. SHEFFERLY
_____/

## STIPULATION FOR ORDER TO MODIFYING PLAN

1. The Order Confirming Plan was entered by this Court on May 28, 2015.

2. In the Order Confirming Plan, the monthly association fee to Sterling Commons Association was effective May 1, 2015.

3. Upon review of the records, the effective date for monthly association fees to Sterling Commons Association should have been effective June 1, 2015.

4. The Debtor, Creditor Sterling Commons Association, and the Chapter 13 Trustee therefore stipulate to the entry of an Order Modifying the Order Confirming Plan to change that effective date for monthly payments to Sterling Commons Association from May 1, 2015 to June 1, 2015.

A proposed order is attached as Exhibit A.

| APPROVED: | APPROVED: | APPROVED: |
|---|---|---|
| /s/ David Wm. Ruskin | /s/ Catherine Deciechi-Slagle | /s/ Aaron D. Geyer |
| DAVID WM. RUSKIN (P26803) | CREDITOR: Sterling Commons Ass'n | Aaron D. Geyer (P-39889) |
| CHAPTER 13 TRUSTEE | Catherine A. Deciechi-Slagle (P73788) | ATTORNEY FOR DEBTOR |
| 26555 Evergreen Road | PO Box 380765 | 32411 Mound Road |
| 1100 Travelers Towers | Clinton Township, Michigan 48038 | Warren, Michigan 48092 |
| Southfield, MI 48076-4251 | (586) 439-0619 | (586) 303-2211 |
| 248-352-7755 | catherined@michigancollectionlawfirm.com | Aaron@Chrisaiello.com |

From: Aaron Geyer aaron@chrisaiello.com
Subject: Re: 15-43767 Keir Effective Date for Sterling Commons
Date: July 24, 2015 at 9:45 AM
To: Pam Altz pam.altz@det13.com
Cc: Catherine Deciechi catherined@michigancollectionlawfirm.com



Pam

I have followed your email request and changed the title to my Stipulation and re-worded the Order to reflect an Order Modifying Plan. Please have Mr. Ruskin sign off and return for filing.

Thank you,

    

Order Modifying     Stipulation to Modify
Plan.doc            Plan - (cha...e date).doc

Aaron D. Geyer
Attorney at Law
BART NOW, P.L.L.C.
32411 Mound Road
Warren, Michigan 48092
Tel. (586) 303-2211
Fax. (586) 303-1259
aaron@chrisaiello.com

> On Jul 21, 2015, at 3:10 PM, Pam Altz <pam.altz@det13.com> wrote:
>
> Aaron,
> For these scenarios Mr. Ruskin would sign off if this were done as an Order Modifying Plan and not an amended OCP.
> Please re-do as a stip and order modifying Plan and you can reference that the OCP as entered contained a provision with an erroneous effective date (etc.)
>
> Then the order should simply include the one provision (and not a restatement of the entire OCP).
>
> Thanks.
>
> Pamela Altz
> Paralegal
> Office of David Wm. Ruskin Chapter 13 Standing Trustee
> phone: (248)359-6361
> direct fax: (248)355-7221
> email: pam.altz@det13.com
> The information contained in this email is confidential. It is intended for the use of the addressee(s) only. If you are not an intended recipient of this message, please destroy it and notify The Office of David Wm. Ruskin Standing Chapter 13 Trustee at 248.352.7755x300 immediately. Note that this email may contain things harmful to computers; you are responsible for that determination. Please understand that nothing in this message should be construed as legal advice. Thank you.
>
> -----Original Message-----
> From: Aaron Geyer [mailto:aaron@chrisaiello.com]
> Sent: Friday, July 17, 2015 3:00 PM
> To: Pam Altz
> Cc: Catherine Deciechi
> Subject: 15-43767 Keir Effective Date for Sterling Commons
>
> Pam
>
> I received a telephone call from Catherine Deciechi-Slagle indicating that the effective date for on-going payments to Sterling Commons Association should be June 1st, not May 1st (apparently my client made a direct payment before the case was confirmed). We would like to change that effective date to June 1st and have enclosed a Stipulation to Amend the OCP and an Amended OCP.
>
> Please have David sign off so this can be e-filed with the Court.
>
> Naturally we want to catch this before you actually start disbursing to Sterling Commons so your prompt attention to this matter is appreciated.

UNITED STATES BANRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION- DETROIT

IN RE: Carolyn Keir

Debtor(s)

CHAPTER 13
CASE NO: 15-42767
JUDGE PHILLIP J. SHEFFERLY

/

## STIPULATION FOR ORDER TO AMEND ORDER CONFIRMING PLAN

1. The Order Confirming Plan was entered by this Court on May 28, 2015.

2. In the Order Confirming Plan, the monthly association fee to Sterling Commons Association was effective May 1, 2015.

3. Upon review of the records, the effective date for monthly association fees to Sterling Commons Association should have been effective June 1, 2015.

4. The Debtor, Creditor Sterling Commons Association, and the Chapter 13 Trustee therefore stipulate to the entry of an Order amending the Order Confirming Plan to change that effective date for monthly payments to Sterling Commons Association from May 1, 2015 to June 1, 2015.

A proposed order is attached as Exhibit A.

| APPROVED: | APPROVED: | APPROVED: |
|---|---|---|
| DAVID WM. RUSKIN (P26803) | CREDITOR: Sterling Commons Ass'n | Aaron D. Geyer (P-39889) |
| CHAPTER 13 TRUSTEE | Catherine A. Deciechi-Slagle (P73788) | ATTORNEY FOR DEBTOR |
| 26555 Evergreen Road | PO Box 380765 | 32411 Mound Road |
| 1100 Travelers Towers | Clinton Township, Michigan 48038 | Warren, Michigan 48092 |
| Southfield, MI 48076-4251 | (586) 439-0619 | (586) 303-2211 |
| 248-352-7755 | catherined@michigancollectionlawfirm.com | Aaron@Chrisaiello.com |

**IN RE: Carolyn Keir**

**Debtor(s)**

_____/

**Case No. 15-42767**
**Chapter 13**
**Hon. Phillip J. Shefferly**

ORDER MODIFYING PLAN
{FIRST POST-CONFIRMATION PLAN MODIFICATION (BY STIPULATION)}

This matter having come on for consideration based upon the filing of a Stipulation to Modify the Order Confirming Plan, concurrence by the Trustee having been obtained, concurrence from Sterling Commons Association (the only creditor that would be adversely affected by the Plan Modification) also having been obtained, and the Court having found that the proposed amendment is in accordance with law;

NOW THEREFORE, upon motion of Aaron D. Geyer, counsel for the Debtor(s);

IT IS HEREBY ORDERED that this Court's previous Order Confirming Plan, entered and dated May 28, 2015 shall be amended in the following fashion:

1. **Effective June 1, 2015**, the Chapter 13 Trustee shall pay the monthly association fee to Sterling Commons Association in the amount of $250.00 per month as a Class 4.1 claim, plus pre-petition assessments in the amount of $127.25 as a Class 4.2 claim.

IT IS FURTHER ORDERED that in all other respects, the Order Confirming Plan shall remain in full force and effect.